# SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No   EDCV 00-00372-VAP (EEx)                               Date. August 28, 2001

Title.   HORPHAG RESEARCH LTD. -v- LARRY GARCIA dba Healthierlife.Com; MARIO
PELLEGRINI dba Healthdiscovery Com; LARRY GARCIA dba Healthierlife.Com
[counter-claimant] v. HORPHAG RESEARCH LTD. [counter-defendant]

===============================================================================

PRESENT:   HONORABLE VIRGINIA A. PHILLIPS, U.S DISTRICT JUDGE

Rachel Ingram                                None Present
Courtroom Deputy                             Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS·            ATTORNEYS PRESENT FOR DEFENDANTS·

None                                         None

PROCEEDINGS.   MINUTE ORDER (IN CHAMBERS)

**ON THE COURT'S OWN MOTION IT IS HEREBY ORDERED** that the Cross-Motion for Sanctions Under 28 U.S.C. § 1927, filed by the plaintiff and noticed for September 24, 2001, is placed off calendar. Any Opposition to the Motion is to be filed no later than September 10, 2001 Any Reply to the Opposition is to be filed no later than September 17, 2001. The motion shall stand submitted as of September 24, 2001 on the basis of the papers timely filed

MINUTES FORM 90
CIVIL -- GEN

