**ENTERED** JAN 23 2004 CLERK, U S DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION DEPUTY

FILED CLERK, U S DISTRICT COURT JAN 22 2004 CENTRAL DISTRICT OF CALIFORNIA EASTERN DIVISION BY DEPUTY

✓ Priority
✓ Send
__ Clsd
✓ Enter
__ JS-5/JS-6
__ JS-2/JS-3
__ Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HORPHAG RESEARCH LTD, | Case No. EDCV 00-00372-VAP (MLGx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT IN FAVOR OF PLAINTIFF** |
| LARRY GARCIA dba Healthierlife Com, MARIO PELLEGRINI dba Healthdiscovery Com, LARRY GARCIA dba Healthierlife Com [counter-claimant] v. HORPHAG RESEARCH LTD [counter-defendant], | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d). |
| Defendants | |

DOCKETED ON CM
JAN 23 2004
BY ___ 041

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Summary Judgment on its claim for trademark dilution is GRANTED. The Court orders that such judgment be entered.

Dated: January 22, 2004

_____
VIRGINIA A. PHILLIPS
United States District Judge